UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DAVID WAYTON,                      )
                                   )
    Plaintiffs,                    )
                                   )
v.                                 )         Civil Action No.:
                                   )         2:12-CV-838-AKK
UNITED MINE WORKERS                )
OF AMERICA HEALTH AND              )
RETIREMENT FUNDS,                  )
                                   )
    Defendant.                     )

## STATEMENT NOTING THE DEATH
## OF PLAINTIFF DAVID WAYTON

Counsel for Plaintiff David Wayton files and serves this statement noting his death. Fed. R. Civ. P. 25(a).

                                            Respectfully submitted,

                                            /s/ *Wayne Morse, Jr.*
                                            Wayne Morse, Jr.
                                            Attorney for David Wayton

Waldrep, Stewart & Kendrick, LLC
2323 Second Avenue North
Birmingham, AL 35203
Telephone:  (205) 327-8376
Facsimile:  (205) 327-8395
Email:      morse@wskllc.com

                                            /s/ *Samuel Maples*
                                            Samuel Maples
                                            Attorney for David Wayton

Maples & Jacobs, LLC
1804 7th Avenue North
Birmingham, AL 35203
Telephone:  (205) 322-2333
Facsimile:   (205) 322-4962
Email: sam@maplesjacobs.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on January 22, 2013, served a copy of the above and foregoing pleading upon all parties and counsel of record and filed same electronically:

Robert M. Weaver
Quinn, Connor, Weaver, Davies & Rouco
Suite 380, 2700 Highway 280 East
Birmingham, AL 35223
(205) 870-9989
(205) 803-4143 (fax)
rweaver@qcwdr.com

Glenda S. Finch/ Abigail Petouvis
UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, NW
Washington, D.C. 20037
(202) 521-2357
(202) 530-4090 (fax)
apetouvis@umwafunds.org

/s/ *Wayne Morse, Jr.*
OF COUNSEL

2