FILED
2013 Jan-22 PM 02:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID WAYTON,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED MINE WORKERS<br>OF AMERICA HEALTH AND<br>RETIREMENT FUNDS,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No.:<br>)  2:12-CV-838-AKK<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR SUBSTITUTION OF PARTIES

Jamie Cox, as personal representative of the Estate of David Wayton, moves the Court to enter an order substituting her as plaintiff in this civil action. Cox was issued letters of administration by the Probate Court of Chilton County, Alabama on November 13, 2012 to serve as personal representative of the Estate of David Wayton. True and correct copies of the letters of administration are attached to this motion.

DATE: January 22, 2013.

/s/ Wayne Morse, Jr.
Wayne Morse, Jr.

Waldrep, Stewart & Kendrick, LLC
2323 Second Avenue North
Birmingham, AL 35203
Telephone:  (205) 327-8376
Facsimile:   (205) 327-8395
Email: morse@wskllc.com

/s/ Samuel Maples
Samuel Maples

Maples & Jacobs, LLC
1804 7th Avenue North
Birmingham, AL 35203
Telephone:   (205) 322-2333
Facsimile:    (205) 322-4962
Email: sam@maplesjacobs.com

                                               Attorneys for David Wayton and Jamie Cox, as personal representative of the Estate of David Wayton.

## CERTIFICATE OF SERVICE

      I hereby certify that I have on January 22, 2013, served a copy of the above and foregoing pleading upon all parties and counsel of record to the said cause by email as follows:

Robert M. Weaver
Quinn, Connor, Weaver, Davies & Rouco
Suite 380, 2700 Highway 280 East
Birmingham, AL 35223
(205) 870-9989
(205) 803-4143 (fax)
rweaver@qcwdr.com

Glenda S. Finch/ Abigail Petouvis
UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, NW
Washington, D.C. 20037
(202) 521-2357
(202) 530-4090 (fax)
apetouvis@umwafunds.org

                                               /s/ *Wayne Morse, Jr.*
                                               OF COUNSEL